```
DANIEL G. BOGDEN
United States Attorney
BRADLEY GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax (702) 388-6698
```

FILED
JAN 28  11 56 AM '11
U.S. M......
BY_____ JUDGE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs ) <br> ) <br> CHATTEL KNOWN AS ) <br> RED TOSHIBA LAPTOP COMPUTER ) <br> RED IN COLOR ) <br> SERIAL #: 5A072042W ) <br> _____) | 2:10-mj-932-LRL |

## **GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL AFFIDAVIT**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley Giles, Assistant United States Attorney, and moves this Court to unseal the Affidavit together with the Application, Return and the Court's Order for purposes of discovery in the above-captioned matter.

. . .

. . .

. . .

. . .

. . .

1  Unsealing is necessary to permit the Government to copy and distribute the above
2  referenced documents to the defense.

DATED this 26th day of January, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

BRADLEY GILES
Assistant United States Attorney

2

FILED

JAN 28 11 56 AM '11

U.S. MAGISTRATE JUDGE

BY ____________

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-oOo-**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>vs<br><br>CHATTEL KNOWN AS<br>RED TOSHIBA LAPTOP COMPUTER<br>RED IN COLOR<br>SERIAL #: 5A072042W | ) | 2:10-mj-932-LRL |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application, Return and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application, Return and the Court's Order be unsealed.

DATED this 28th day of January, 2011.

UNITED STATES MAGISTRATE JUDGE